## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:  Stephen S. Gray, Plan Administrator of Dehon, Inc. v. Florida State University

Chapter 11

Adversary Proceeding 04–04036
Judge Henry J. Boroff

### CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

**05-40132 JLT**

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **04–4036 Stephen S. Gray v. The Florida State University** .

**IN TESTIMONY WHEREOF**, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 8th DAY OF AUGUST .

Date:8/8/05



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Sheila Smith

Deputy Clerk
(508) 770– 8910

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _____ day of _____ , _____.

This case has been assigned No. _____

DEPUTY CLERK

FILED
IN CLERK'S OFFICE
UNITED STATES BANKRUPCY COURT
DISTRICT OF MASSACHUSETTS    2005 JUL -6 AM 10: 03
WESTERN DIVISION

U.S. BANKRUPTCY COURT
WORCESTER. MA

In re:    }

    DEHON, INC.,    }    Case No. 02-41045 (HJB)
    }    Chapter 11
    Debtor.    }    (Substantively Consolidated)
    }
    }    **05-40132JLT**
    }
STEPHEN S. GRAY,    }
AS PLAN ADMINISTRATOR    }
OF DEHON, INC.,    }
    }
    Plaintiff,    }
v.    }    Adversary Proceeding No. 04-4036
    }
THE FLORIDA STATE UNIVERSITY,    }
    }
    Defendant.    }
    }

**NOTICE OF APPEAL**

The Florida State University, Defendant herein, appeals under 28 U.S.C. § 158(a) from

the Order of the bankruptcy judge denying Defendant's Motion to Dismiss, entered in this

adversary proceeding on the 27th day of June, 2005.

The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:


    1.    The Florida State University

    Robert B. Jurand
    Associate General Counsel
    Suite 424, Westcott Building
    The Florida State University
    Tallahassee, Florida 32306-1400
    (850) 644-4440

2.    Stephen S. Gray
      Plan Administrator for Dehon, Inc.

Neil V. McKittrick, Esq.
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776


Dated this the 5th day of July, 2005.

_____
ROBERT B. JURAND    Fla. Bar No. 0712736
Associate General Counsel
Attorney for Appellant
The Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440, fax 644-8973


Certificate of Service

I hereby certify that a true and correct copy of this document was sent to Neil V. McKittrick, Counsel for Plan Administrator, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 by United States mail postage prepaid and by facsimile transmission to (617) 574-4112, this 5th day of July, 2005.

_____
Robert B. Jurand

UNITED STATES BANKRUPCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re: }
    DEHON, INC., }
}
        Debtor. }
}

Case No. 02-41045 (HJB)
Chapter 11
(Substantively Consolidated)

STEPHEN S. GRAY,
AS PLAN ADMINISTRATOR
OF DEHON, INC.,
}
}
}
}
}

**05-40132**

        Plaintiff, }
v. }
}
THE FLORIDA STATE UNIVERSITY, }
}
        Defendant. }

Adversary Proceeding No. 04-4036

**ELECTION TO PROCEED TO DISTRICT COURT**

The Florida State University, Defendant herein, pursuant to 28 U.S.C. § 158(c)(1), files

this its separate written statement of election to have the appeal heard by the district court.

Dated this the 5th day of July, 2005.

ROBERT B. JURAND    Fla. Bar No. 0712736
Associate General Counsel
Attorney for Appellant
The Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440, fax 644-8973

## Certificate of Service

I hereby certify that a true and correct copy of this document was sent to Neil V. McKittrick, Counsel for Plan Administrator, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 by United States mail postage prepaid and by facsimile transmission to (617) 574-4112, this 5th day of July, 2005.

Robert B. Jurand

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Stephen S. Gray, Plan Administrator of Dehon, Inc. v.   Chapter 11
         Florida State University

                                                     Adversary Proceeding 04–04036
                                                     Judge Henry J. Boroff

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

**05-4013**

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on
JULY 6, 2005 in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of
the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with
the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on
Appeal, within ten (10) days of the filing of the:

> 1. Notice of Appeal, or
> 2. Entry of an Order granting leave to appeal, or
> 3. Entry of an Order disposing of the last timely motion outstanding of a type specified in
>    Rule 8002(b),

whichever is **later**.


A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10)
days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if
additional papers have been designated) shall, provide the Clerk with copies of all papers which have been
designated for inclusion in the Record on Appeal within twenty–five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will
transmit the Record on Appeal as assembled by the parties.

Date:7/6/05

                                        James M. Lynch
                                        Clerk, U.S. Bankruptcy Court



                                        By the Court,


                                        Sheila Smith
                                        Deputy Clerk
                                        (508) 770– 8910

United States Bankruptcy Court

District of Massachusetts

|  |  |
|---|---|
| In re:<br><br>DEHON, INC.,<br><br>    Debtor | Chapter 11<br>Case No. 02-41045-HJB<br><br>05-40132 |
| STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR OF<br>DEHON, INC.,<br><br>    Plaintiff<br><br>v.<br><br>FLORIDA STATE UNIVERSITY,<br><br>    Defendant | Adversary Proceeding<br>No. 04-04036-HJB |

## ORDER

For the reasons set forth in this Court's Memorandum of Decision of even date, the Defendant's motion to dismiss the complaint is DENIED.

DATED: June 27, 2005

By the Court,

_Henry Jack Boroff_

Henry J. Boroff
United States Bankruptcy Judge

UNITED STATES BANKRUPCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:                                        }
    DEHON, INC.,                          }
                               }
            Debtor.                     }

STEPHEN S. GRAY,                              }
AS PLAN ADMINISTRATOR                         }
OF DEHON, INC.,                               }
                               }
         Plaintiff / Appellee,            }
v.                                            }
                               }
THE FLORIDA STATE UNIVERSITY,                 }
                               }
        Defendant / Appellant            }

Case No. 02-41045 (HJB)
Chapter 11
(Substantively Consolidated)

**05-40132**

Adversary Proceeding No. 04-04036

**STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

The Florida State University, Defendant / Appellant herein, pursuant to Federal Rule of

Bankruptcy Procedure 8006, provides the following statement of the issue(s) to be presented on

appeal:

Whether the Bankruptcy Court erred in denying Defendant / Appellant's Motion

to Dismiss Adversary Proceeding, which Motion is based upon Defendant /

Appellant's assertion that the Bankruptcy Court lacks *in personam* jurisdiction

over an agency or instrumentality of the State of Florida by virtue of its immunity

from suit in federal court without its consent under the Eleventh Amendment to

the United States Constitution and that, to the extent that 11 U.S.C. §106 purports

to abrogate the Eleventh Amendment immunity of a non-consenting state agency

or instrumentality, such statutory provision is unconstitutional.

25

Dated this the 15th day of July, 2005.

_ROBERT B. JURAND_    Fla. Bar No. 0712736
Associate General Counsel
Attorney for Defendant / Appellant
The Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440, fax 644-8973

### Certificate of Service

I hereby certify that a true and correct copy of this document was sent to Neil V. McKittrick, Counsel for Plan Administrator, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 by first class United States mail postage prepaid this 15th day of July, 2005.

_Robert B. Jurand_

UNITED STATES BANKRUPCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: <br><br>     DEHON, INC., <br><br>          Debtor. <br><br> _____ <br><br> STEPHEN S. GRAY, <br> AS PLAN ADMINISTRATOR <br> OF DEHON, INC., <br><br>        Plaintiff / Appellee, <br><br> v. <br><br> THE FLORIDA STATE UNIVERSITY, <br><br>      Defendant / Appellant | Case No. 02-41045 (HJB) <br> Chapter 11 <br> (Substantively Consolidated) <br><br><br> **05-4013** <br><br> Adversary Proceeding No. 04-04036 |

## DESIGNATION OF THE RECORD ON APPEAL

The Florida State University, Defendant / Appellant herein, pursuant to Federal Rule of

Bankruptcy Procedure 8006, designates the following items to be included in the Record on

Appeal:

| Item No. | Description | Date |
|---|---|---|
| 1. | Complaint to Avoid and Recover Transfer of Property Under 11 U.S.C. §§ 547 and 550 and to Disallow Claim Under 11 U.S.C. § 502(d) | January 22, 2004 |
| 2. | Motion to Dismiss Case as to Defendant The Florida State University | June 18, 2004 |
| 3. | The Plan Administrator's Opposition to Defendant Florida State University's Motion to Dismiss Complaint | October 18, 2004 |

26

| | | |
|---|---|---|
| 4. | Notice of Supplemental Authority | October 22, 2004 |
| 5. | Order on Motion to Dismiss Adversary Proceeding | October 26, 2004 |
| 6. | Reply Memorandum to the Plan Administrator's Opposition to The Florida State University's Motion to Dismiss | November 30, 2004 |
| 7. | The Plan Administrator's Surreply in Opposition to Defendant Florida Sate University's Motion to Dismiss Complaint | January 14, 2005 |
| 8. | Memorandum of Decision | June 27, 2005 |
| 9. | Order | June 27, 2005 |
| 10. | Notice of Appeal | July 5, 2005 |
| 11. | Election to Proceed to District Court | July 5, 2005 |
| 12. | Notice of Filing of Appeal to District Court | July 6, 2005 |
| 13. | *Motion to Dismiss Case as to Defendant the University of Texas at Austin | May 12, 2004 |
| 14. | *The Plan Administrator's Opposition to Defendant University of Texas at Austin's Motion to Dismiss Complaint | October 18, 2004 |
| 15. | *University of Texas at Austin's Response to the Plan Administrator's Opposition to Defendant University of Texas at Austin's Motion to Dismiss Complaint | October 22, 2004 |
| 16. | *Order on Motion to Dismiss Adversary Proceeding | October 26, 2004 |
| 17. | *University of Texas at Austin's Supplemental Response to the Plan Administrator's Opposition to Defendant University of Texas at Austin's Motion to Dismiss Complaint | November 30, 2004 |
| 18. | *The Plan Administrator's Surreply in Opposition to Defendant University of Texas at Austin's Motion to Dismiss Complaint | January 14, 2005 |

| 19. | *Order | June 27, 2005 |
|---|---|---|
| 20. | *Notice of Appeal | July 7, 2005 |
| 21. | *Notice of Election to Proceed to United States District Court | July 7, 2005 |
| 22. | *Notice of Filing of Appeal to District Court | July 7, 2005 |
| 23. | **Motion to Dismiss Complaint and Memorandum in Support of Motion to Dismiss Complaint | June 4, 2004 |
| 24. | **The Plan Administrator's Opposition to Defendant University of Alaska's Motion to Dismiss Complaint | September 21, 2004 |
| 25. | **Order on Motion to Dismiss Adversary Proceeding | October 26, 2004 |
| 26. | **Reply Memorandum of University of Alaska Fairbanks | November 30, 2004 |
| 27. | **The Plan Administrator's Surreply to Defendant University of Alaska's Motion to Dismiss Complaint | January 14, 2005 |
| 28. | **Order | June 27, 2005 |
| 29. | **Notice of Appeal | July 6, 2005 |
| 30. | **Notice of Election to Proceed to United States District Court | July 6, 2005 |
| 31. | **Notice of Filing of Appeal to District Court | July 7, 2005 |

*Denotes companion / related adversary proceeding: *Stephen S. Gray, as Plan Administrator of Dehon, Inc. v. University of Texas at Austin*, Adversary Proceeding No. 04-04161

** Denotes companion / related adversary proceeding: *Stephen S. Gray, as Plan Administrator of Dehon, Inc. v. University of Alaska*, Adversary Proceeding No. 04-04040

Dated this the 15th day of July, 2005.

ROBERT B. JURAND      Fla. Bar No. 0712736
Associate General Counsel
Attorney for Defendant / Appellant
The Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440, fax 644-8973


## Certificate of Service

I hereby certify that a true and correct copy of this document, together with copies of the items designated herein, was sent to Neil V. McKittrick, Counsel for Plan Administrator, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 by first class United States mail postage prepaid this 15th day of July, 2005.

Robert B. Jurand

UNITED STATES BANKRUPCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:
    DEHON, INC.,

        Debtor.

STEPHEN S. GRAY,
AS PLAN ADMINISTRATOR
OF DEHON, INC.,

        Plaintiff / Appellee,

v.

THE FLORIDA STATE UNIVERSITY,

        Defendant / Appellant

Case No. 02-41045 (HJB)
Chapter 11
(Substantively Consolidated)

Adversary Proceeding No. 04-04036

**STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

The Florida State University, Defendant / Appellant herein, pursuant to Federal Rule of Bankruptcy Procedure 8006, provides the following statement of the issue(s) to be presented on appeal:

Whether the Bankruptcy Court erred in denying Defendant / Appellant's Motion to Dismiss Adversary Proceeding, which Motion is based upon Defendant / Appellant's assertion that the Bankruptcy Court lacks *in personam* jurisdiction over an agency or instrumentality of the State of Florida by virtue of its immunity from suit in federal court without its consent under the Eleventh Amendment to the United States Constitution and that, to the extent that 11 U.S.C. §106 purports to abrogate the Eleventh Amendment immunity of a non-consenting state agency or instrumentality, such statutory provision is unconstitutional.

Dated this the 15th day of July, 2005.

ROBERT B. JURAND        Fla. Bar No. 0712736
Associate General Counsel
Attorney for Defendant / Appellant
The Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440, fax 644-8973


### Certificate of Service

I hereby certify that a true and correct copy of this document was sent to Neil V. McKittrick, Counsel for Plan Administrator, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 by first class United States mail postage prepaid this 15th day of July, 2005.

Robert B. Jurand