UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Florida State University

v.

Stephen S. Gray, Plan Administrator

BANKRUPTCY APPEAL
CIVIL ACTION NO.  05-40132 JLT

O R D E R

Tauro,  D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on  August 8, 2005,

IT IS HEREBY ORDERED that the Appellant file and serve his brief by September 30, 2005. The Appellee may file and serve his reply brief by October 31, 2005. The Appellant may file and serve the reply brief by November 16, 2005.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an ORDER dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

August 15, 2005
Date

/s/ Kimberly M. Abaid
Deputy Clerk