UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FLORIDA STATE UNIVERSITY,<br><br>              Appellant,<br><br>v.<br><br>STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR<br>OF DEHON, INC.,<br><br>              Appellee. | Bankruptcy Appeal<br>Civil Action No. 05-40132 JLT |

## NOTICE OF WITHDRAWAL OF APPEAL

APPELLANT herein, The Florida State University, through undersigned counsel, hereby gives notice of withdrawal of its appeal filed in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of this document was sent to Peter Bilowz, Counsel for Plan Administrator, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 by first class United States mail postage prepaid this 2nd day of February, 2006.

_____
ROBERT B. JURAND   Fla. Bar No. 0712736
Attorney for Appellant
Associate General Counsel
The Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440, fax 644-8973